**DISMISS and Opinion Filed February 24, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00836-CV

### ROCHELLE POPE, Appellant
### V.
### RDSK LLC, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-22-03089-D**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Garcia
Opinion by Justice Nowell

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by January 8, 2023. By postcard dated January 12, 2023, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).



/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

220836F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

ROCHELLE POPE, Appellant

No. 05-22-00836-CV          V.

RDSK LLC, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-22-03089-D.
Opinion delivered by Justice Nowell. Justices Reichek and Garcia participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered February 24, 2023